# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2723

_____

Juan Guadalupe-Saenz

*Plaintiff - Appellant*

v.

C.V. Rivera, Warden, FCI-Forrest City

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: December 29, 2014
Filed: December 31, 2014
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Juan Guadalupe Saenz appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Following careful review of the record and the parties' briefs, this court concludes, for the reasons explained in the district court's order, that the court did not err in dismissing the petition for lack of jurisdiction. *See* 28 U.S.C. § 2255(e); *Abdullah v. Hedrick*, 392 F.3d 957, 959 (8th Cir. 2004) (de novo review).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

───────────────────────

[1]The Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).